

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,567

**EX PARTE JAMES LEE INGRAM, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 0957880D IN THE 371ST DISTRICT COURT
## FROM TARRANT COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to nine months' imprisonment. The Second Court of Appeals affirmed his conviction. *Ingram v. State*, No. 02-05-00249-CR (Tex. App.–Fort Worth April 13, 2006, pet. ref'd).

Applicant's sentence has discharged. He contends that his conviction was obtained in violation of his due process rights. The trial court adopted the State's proposed findings of fact and

conclusions of law and determined, among other things, that Applicant is suffering collateral consequences and is entitled to relief. We agree. Relief is granted. The judgment in cause number 0957880D in the 371st Judicial District Court of Tarrant County is set aside. This cause is remanded to the trial court for further proceedings.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 25, 2011

Do Not Publish